**Order entered January 19, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00668-CR

## JEFFREY MICHAEL WINEBERG, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83346-2020**

### ORDER

Before the court is the State's January 18, 2023 motion for extension of time to file its amended brief. This case is set for submission on oral argument on February 8, 2023, at 1:00 p.m. We **GRANT** the State's motion and **ORDER** its amended brief received on January 18, 2023, filed as of the date of this order.

/s/    CRAIG SMITH
PRESIDING JUSTICE